LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAKE DUGGER,** individually and on behalf of all others similarly situated**,** <br><br>Plaintiff(s) <br><br> vs. <br><br> **STUDENT LOAN SERVICES US,** <br><br>Defendant. | Case No. 2:15-cv-02422-MWF-JEM <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 1st day of May, 2015.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 1st day of May, 2015, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
6  Honorable Michael W. Fitzgerald
   United States District Court
7  Central District of California

8  And sent via mail to:

9
10 Michael Thurman
   1055 E. Colorado Blvd., 5th Floor
11 Pasadena, CA 91106

12
   This 1st day of May, 2015.
13

14 s/Todd M. Friedman
   Todd M. Friedman
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement - 2