UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.      **CV 15-2422-MWF(JEMx)**                                      Dated: **May 6, 2015**

Title:        Blake Dugger -*v*- Student Loan Service US

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                            None Present
    Courtroom Deputy                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                           None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

    In light of the Notice of Settlement filed May 1, 2015 [8], the Court sets a hearing on Order To Show Cause Re Dismissal for **July 6, 2015 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. **All other dates are hereby vacated.**

    **IT IS SO ORDERED**.

MINUTES FORM 90                                        Initials of Deputy Clerk   cw
CIVIL - GEN